BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN KERRY, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-2309 JAM AC<br><br>**Joint Stipulation and Order re: Extension of Time** |

　　The parties stipulate that the government be given an extension of 60 days in which to respond to the Complaint, until March 24, 2014. The parties as well request that the time for filing the joint status report be similarly extended.

Dated: January 16, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Audrey B. Hemesath
　　　　　　　　　　　　　　　　　　　　AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

DATED: January 16, 2014            Respectfully submitted,

                                               /s/ Mary Beth Kaufman
                                               Mary Beth Kaufman
                                               Attorney for the Plaintiff

## ORDER

Pursuant to the above stipulation, the time for filing a responsive pleading and the joint status report is extended to March 24, 2014.

DATED:  January 16, 2014            /s/ John A. Mendez
                                               UNITED STATES DISTRICT COURT JUDGE