1  Mary Beth Kaufman, Esq. (SBN 228570)
   Law Offices of Stanton & Kaufman
2  400 Montgomery Street, Suite 810
   San Francisco, CA 94104
3  Phone: (415) 392-6161
4  Fax: (415) 392-8208

5  Attorney for Plaintiffs.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO, CALIFORNIA

| | |
|---|---|
| ADRIANA HERNANDEZ, ET AL, | Case No.: 2:13-cv-2309 JAM AC |
| Plaintiffs, | **MOTION FOR VOLUNTARY DISMISSAL AND ORDER** |
| vs. | |
| JOHN KERRY, ET AL., | Immigration Case, Administrative Procedure Act Case |
| Defendants. | |

Plaintiffs, by and through their attorney of record, hereby moves to voluntarily dismiss the above-entitled action in light of the fact that the case is no longer delayed due to administrative processing.

Dated: March

                                                Respectfully Submitted,

                                                /s/Mary Beth Kaufman
                                                Mary Beth Kaufman
                                                Attorney for Petitioner

ORDER

Pursuant to Petitioner's motion, IT IS SO ORDERED.

Date:   3/5/2014                                     /s/ John A. Mendez_____
                                                      JOHN A. MENDEZ
                                                      United States District Court Judge